UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRENT FOKKEN,

Plaintiff,

v.

GO-MORE FINANCIAL, INC.,

Defendant.

Case No. 01-408 DWF/AJB

**AMENDED**
NOTICE OF PRETRIAL CONFERENCE

---

You are hereby given notice that the Rule 16 pretrial conference in the above referenced case previously scheduled for May 8, 2001, at 1:30 p.m., has been rescheduled. The pretrial conference will be held on May 7, 2001, at 3:00 p.m., before the undersigned Magistrate Judge.

Dated: 4/30/01

Arthur J. Boylan
U. S. Magistrate Judge

Filed APR 30 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______